Joyce K. MATSUO, Sharon Warren, Ronald Franklin, Frank Hardt, Russell Holland, Roy Matsuo, Michael McCrary, Fred Nolke, Charles Roberts, Ronald Scherler, Roman Buyson, Peter Newman, Thomas Warren, John J. Kato, Michael C. Shearer, (on behalf of themselves and all others similarly situated), Plaintiffs–Appellees,

v.

UNITED STATES and Linda M. Springer, Director, Office of Personnel Management, Defendants–Appellants.

No. 2006–1557.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).